THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-cv-00175-BR

| | |
|---|---|
| RehabCare Group East, Inc. d/b/a RehabCare, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CCH Healthcare, LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter is before the Court on the joint motion of Plaintiff and Defendants to dismiss this action without prejudice. The Court having reviewed the Motion and for good cause shown,

It is hereby ORDERED that this matter is administratively DISMISSED WITHOUT PREJUDICE, provided, however, that the Court retains jurisdiction for the limited purpose of allowing Plaintiff or Defendants to file a motion to reopen the case so that the Court may enter appropriate orders or judgments necessary to enforce the terms of the Agreement between the Parties.

This 12 December 2018.

_____
W. Earl Britt
Senior U.S. District Judge